IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| THE LAW OFFICE OF DANIEL S. SIMON, Petitioner, vs. THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE TIERRA DANIELLE JONES, DISTRICT JUDGE, Respondents, and EDGEWORTH FAMILY TRUST; AND AMERICAN GRATING, LLC, Real Parties in Interest. | No. 84367 **FILED** NOV 16 2022 ELIZABETH A. BROWN CLERK OF SUPREME COURT BY_____ DEPUTY CLERK |

*ORDER DENYING PETITION*

This original petition for a writ of prohibition or mandamus challenges a district court order awarding petitioner Daniel Simon attorney fees in quantum meruit. Simon argues the district court incorrectly calculated the attorney fee award. But we already reviewed the challenged district court order in a direct appeal, *Edgeworth Family Tr. v. Simon*, Nos. 83258/83260, 2022 WL 4298625 (Nev. Sept. 16, 2022) (Order Vacating Judgment and Remanding),[1] where we vacated the fee award and remanded for further proceedings. As a result, Simon has no order to challenge, and his petition is thus moot. *See Nat'l Collegiate Athletic Ass'n v. Univ. of Nev., Reno*, 97 Nev. 56, 58, 624 P.2d 10, 11 (1981) ("A moot case is one which seeks to determine an abstract question which does not rest upon existing facts or

---

[1]We denied real parties in interest's petition for rehearing on October 31, 2022.

22-36056

rights."). We decline to hear this moot petition. *See Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (holding that whether to consider a writ petition is discretionary). Accordingly, we ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:  Hon. Tierra Danielle Jones, District Judge
Steve Morris
Rosa Solis-Rainey
Morris Law Group
James R. Christensen
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A